# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DORADO,<br><br>         Plaintiff,<br><br>v.<br><br>CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA,<br><br>         Defendants. | CASE NO.: 2:24-cv-07613-MEMF-JPR<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Maame Ewusi-Mensah Frimpong |

Pursuant to the parties' Stipulation to Dismiss Entire Action with Prejudice filed on May 12, 2026 [Doc. # 50], and good cause appearing, the Court hereby APPROVES the Stipulation and DISMISSES the above-entitled action, in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: May 13, 2026

By: _____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE